**Dated: January 28, 2016**
**The following is SO ORDERED:**

_David S. Kennedy_
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

```
                                                              IT507
                    UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF TENNESSEE

In re:                                              Chapter 13
DONALD JOHN KOESTER
Debtor(s)                                      Case No. 15-27627-K
SSN(1) XXX-XX-6666   SSN2 XXX-XX-2988
```

---

ORDER DIRECTING DEBTOR TO CHANGE
PAYMENTS TO TRUSTEE

---

In this matter, it appearing to the Court that the debtor's plan payments should be changed.

IT IS THEREFORE ORDERED That the debtor's plan payments be changed to $447.00 WEEKLY   and forward same to the Chapter 13 Trustee, George W. Stevenson, 5350 Poplar Avenue, Suite 500, Memphis, Tennessee  38119-3697.

                                        /S/ George W. Stevenson
                                        Chapter 13 Trustee

CC:   George W. Stevenson

      DONALD JOHN KOESTER
      2539 INVERARY DR
      MEMPHIS,  TN 38119

      ARTHUR RAY LAW OFFICES